UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLAIREATHA MCRAE, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:08-01061 |
| v. | : DISTRICT JUDGE ALETA A. TRAUGER |
| | : MAGISTRATE JUDGE JULIET GRIFFIN |
| AKAL SECURITY, INC., | : |
| | : JURY DEMAND |
| Defendant. | : |

## DEFENDANT AKAL SECURITY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Akal Security, Inc. (hereinafter "Defendant") hereby submits its Corporate Disclosure Statement, in compliance with Local Rule 7.02:

1) Defendant Akal Security, Inc.'s parent corporation is <u>KIIT Company</u>, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2) Defendant states that the following publicly held corporations own 10% or more of its stock: None.

Respectfully submitted,

s/Dianna Baker Shew
Dianna Baker Shew
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
(615) 782-2215
(615) 742-7233 (Fax No.)
<u>dianna.shew@stites.com</u>

Kurt Peterson (Georgia Bar No. 574408)
Motion for Admission *Pro Hac Vice* pending
Email: LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326
(404) 233-0330 Telephone
(404) 233-2361 Facsimile
[kpeterson@littler.com](mailto:kpeterson@littler.com)

ATTORNEYS FOR DEFENDANT AKAL SECURITY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2008, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon Plaintiff's counsel as indicated below. Parties may also access this filing through the Court's ECF system.

Via the CM/ECF system which will send Notice of Electronic Filing to:

**Edmond V. Smith**
215 Franklin Street, Suite 301
Clarksville, TN 37040
(931) 552-5670
*Edmund@jamesphillipslaw.com*

*Attorneys for Plaintiff*

s/Dianna Baker Shew
Dianna Baker Shew