IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLAIREATHA MCRAE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-1061 |
| | ) | Judge Trauger |
| AKAL SECURITY, INC., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 23, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Enforce Settlement Agreement (Docket No. 30) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The defendant's requests that the court order the plaintiff to execute documents, retain jurisdiction, and award attorney's fees are **DENIED**.

It is so **ORDERED.**

Enter this 20th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge